| | |
|---|---|
| 1 | Steven J. Nataupsky (SBN 155,913) |
| | steven.nataupsky@kmob.com |
| 2 | Michael K. Friedland (SBN 157,217) |
| | michael.friedland@kmob.com |
| 3 | Lauren Keller Katzenellenbogen (SBN 223,370) |
| | lkeller@kmob.com |
| 4 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| 5 | Irvine, CA 92614 |
| | Telephone: 949-760-0404 |
| 6 | Facsimile: 949-760-9502 |
| 7 | Attorneys for Plaintiff |
| | I-FLOW CORPORATION |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| I-FLOW CORPORATION, a Delaware corporation, | Case No.: SACV09-762 AG (RNBx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING I-FLOW CORPORATION'S PRELIMINARY INJUNCTION |
| v. | Date: September 14, 2009 |
| WOLF MEDICAL SUPPLY, INC., a Florida corporation; and FIRST MEDICAL SOURCE, a California limited liability company, | Time: 10:00 a.m. |
| | Courtroom: 10D |
| | The Honorable Andrew J. Guilford |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1 This Court, having considered the Motion for Preliminary Injunction filed by Plaintiff I-Flow Corporation ("I-Flow"), and all papers and arguments relating thereto, and after notice to the Defendants and good and sufficient cause appearing therefore, hereby **GRANTS** Plaintiff's Motion and **ORDERS** as follows, effective on the filing of the required bond:

    1.    Defendants Wolf Medical Supply, Inc. and First Medical Source (collectively "Wolf") and all parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are immediately enjoined from making, using, selling, and offering for sale in the United States, and importing into the United States, the Redi-Flo device shown below and any substantially similar products or merely colorable variations thereof.



[figure: photograph of Redi-Flo device with tubing]

2. Wolf and all parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Wolf who receive actual notice of this Order shall immediately recall and withdraw from the market all Redi-Flo devices as shown above in Paragraph 1 and any substantially similar products manufactured, sold, or imported by Wolf or merely colorable variations thereof.

~~3. Wolf shall file with the Court and serve upon I-Flow's counsel within two weeks after entry of this Order a report, in writing and under oath, describing in detail the actions taken by Wolf to comply with the requirements of this Order.~~

Dated: SEPT 29, 2009    By: _____
                            Hon. Andrew J. Guilford
                            UNITED STATES DISTRICT JUDGE

7593738/080509
7595223

-2-

# Motions

8:09-cv-00762-AG-RNB I Flow Corporation v. Wolf Medical Supply Inc et al
(RNBx), AO120, DISCOVERY, RELATED-G

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Friedland, Michael on 8/17/2009 at 4:43 PM PDT and filed on 8/17/2009
**Case Name:**       I Flow Corporation v. Wolf Medical Supply Inc et al
**Case Number:**    8:09-cv-762
**Filer:**           I Flow Corporation
**Document Number:** 12

**Docket Text:**
NOTICE OF MOTION AND MOTION for Preliminary Injunction filed by Plaintiff I Flow Corporation. Motion set for hearing on 9/14/2009 at 10:00 AM before Judge Andrew J. Guilford. (Attachments: # (1) Proposed Order)(Friedland, Michael)


**8:09-cv-762 Notice has been electronically mailed to:**

Lauren K Katzenellenbogen    litigation@kmob.com, lauren.keller@kmob.com

Michael K Friedland    2mkf@kmob.com, litigation@kmob.com

Norbert Stahl    nstahl@patentlawservice.com

Steven J Nataupsky    litigation@kmob.com

**8:09-cv-762 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Daniel.LeMay\Desktop\7593738_2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/17/2009] [FileNumber=8293551-0]
[71ed6f6f51876c3477dc433f78e460dc3f0ecdd94aaab3467781e85b13e908da552a
621b2413b5b319442b997baa4fb56d00f2d4e2134d1d4f37521f9b967e6d]]
**Document description:** Proposed Order
**Original filename:** C:\Documents and Settings\Daniel.LeMay\Desktop\7595223_1.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/17/2009] [FileNumber=8293551-1]
[685f580cd89d1b6cef177c1a7a0b13e2941a05a0ff244de50fe2732baf11d9dd34f2
7f66508be5efc507e83da4f9cb3b983f3f816937649b252de83b47ab31a2]]