Steven J. Nataupsky (SBN 155,913)
steven.nataupsky@kmob.com
Michael K. Friedland (SBN 157,217)
michael.friedland@kmob.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lkeller@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff and Counterdefendant
I-FLOW CORPORATION

Norbert Stahl (SBN 194,091)
nstahl@patentlawservice.com
STAHL LAW FIRM
2 Meadowsweet Lane
San Carlos, CA  94070
Telephone:  650-802-8800
Facsimile:  650-802-8484

Attorney for Defendants and Counterclaimants
WOLF MEDICAL SUPPLY, INC.,
and FIRST MEDICAL SOURCE

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| I-FLOW CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WOLF MEDICAL SUPPLY, INC., a Florida corporation; and<br>FIRST MEDICAL SOURCE., a California limited liability corporation,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: SACV09-762 AG (RNBx)<br><br>[PROPOSED] **STIPULATED ORDER EXPANDING THE PROTECTIVE ORDER IN THIS CASE TO THIRD PARTIES**<br><br>Honorable Robert N. Block |

///

///

The Court recognizes that non-parties may produce documents and information ("materials") in the above-captioned action that are, for competitive reasons, normally kept confidential by the non-parties. The parties have agreed to extend the protections of the Protective Order in this case as follows:

Non-Party Use of The Protective Order of December 8, 2009 in this case ("Protective Order"). A non-party producing materials voluntarily or pursuant to a subpoena or a court order may designate such materials as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" pursuant to the terms of the Protective Order. Such materials shall be treated by recipients in accordance with the terms of the Protective Order, and, with respect to such materials, the terms "party" and "parties" as used in the Protective Order shall be construed to include the non-party producing the materials.

IT IS SO ORDERED this <u>22nd</u> day of <u>     January     </u>, 2010.

_/s/ Robert N. Block_

Honorable Robert N. Block
United States Magistrate Judge


Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:   January 20, 2010          By:  s/Lauren Keller Katzenellenbogen
                                        Steven J. Nataupsky
                                        Craig S. Summers
                                        Michael K. Friedland
                                        Lauren Keller Katzenellenbogen
                                        Attorneys for Plaintiff and Counterdefendant
                                        I-FLOW CORPORATION

STAHL LAW FIRM

Dated:  January 20, 2010          By:  s/Norbert Stahl
                                      Norbert Stahl
                                      Attorney for Defendants and
                                      Counterclaimants WOLF MEDICAL
                                      SUPPLY, INC., and FIRST MEDICAL
                                      SOURCE