FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| I-FLOW CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WOLF MEDICAL SUPPLY, INC., a Florida corporation; and<br>FIRST MEDICAL SOURCE, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV09-762 AG (RNBx)<br><br>[PROPOSED] CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT FIRST MEDICAL SOURCE<br><br>The Honorable Andrew J. Guilford |

Pursuant to the Joint Motion for Consent Judgment and Permanent Injunction Against Defendant First Medical Source, it is ORDERED and ADJUDGED that said Motion is GRANTED. It is further ORDERED that:

1. This Court has subject matter jurisdiction over this action as well as personal jurisdiction over the parties.

2. Venue is proper in this judicial district.

3. I-Flow is the owner of U.S. Patent Nos. 5,284,481 and 4,105,983 (the "patents in suit").

4. The claims of the patent in suit are valid and enforceable.

5. Defendant First Medical Source ("First") has imported samples of and offered for sale an infusion pump device manufactured by Medpro International under the name Accu-Flo, and item numbers RFE050050, RFE100050, RFE100100, RFE100200, RFE250175, RFE250250, RFE400100, RFE400200, RFE500250, RFC060020, RFC065005, RFC100005, RFC100020, RFC125050, RFC270020, RFC270050, and RFC270100, which is depicted in the photograph below (hereinafter, the "Redi-Flo infusion pump").



-1-

6.  Pursuant to the Patent Act, 35 U.S.C. § 283, First, together with its officers, directors, agents, servants, employees and affiliates thereof, representatives, and all persons who receive actual notice of this Order as required by F.R.C.P. 65(d)(2), acting or attempting to act in concert or participation with them, are permanently enjoined and restrained from making, using, offering to sell, selling, or distributing within the United States, its territories and possessions, or by importing into the United States, its territories and possessions, the Redi-Flo infusion pump or any other devices that are no more than colorably different therefrom and that are clearly infringements of the patents in suit.

7.  The prohibition of paragraph 6 shall remain in effect as long as either of the patents in suit remains unexpired.

8.  Final Judgment is hereby entered in favor of I-Flow on all causes of action.

9.  Each party will bear its own costs and attorneys' fees for this action.

10. No other or further relief is granted to any party.

11. The parties advise that that they affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

12. This Court retains jurisdiction to monitor and enforce compliance with this Permanent Injunction.

Ordered this 11th day of May, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD

8944002/042610